IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD O. HAYNES,

    Petitioner,                   No. CIV S-02-2686 FCD CMK P

    vs.

JAMES VALADEZ, Warden,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's June 24, 2005, denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b).

/////

/////

1

1   For the reasons set forth in the magistrate judge's May 17, 2005 findings and
2 recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3 right.  Accordingly, a certificate of appealability should not issue in this action.
4   IT IS SO ORDERED.
5 DATED:September 7, 2006
6
7                                        /s/ Frank C. Damrell Jr.
                                          FRANK C. DAMRELL JR.
8                                         United States District Judge